UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN MCHUGH, | ) | CASE NO. : 1:20 CV 2236 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| COMPASS GROUP USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel in the above captioned case stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice and the parties have filed a Joint Stipulation of Dismissal (ECF #11). Therefore, this case is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

IT IS SO ORDERED.

_____
DONALD C. NUGENT

DATED: _February 10, 2021_